RECEIVED
IN LAKE CHARLES, LA

JUL 25 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| KIM D. VAUGHAN | : | DOCKET NO. 2:06 CV 0261 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| MANPOWER, INC., MANPOWER INTERNATIONAL, INC. AND MANPOWER PROFESSIONAL SERVICES, INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion to Dismiss [doc. 5] pursuant to Fed.R.Civ.P. 12(b) filed by the defendants, Manpower, Inc., Manpower International, Inc. and Manpower Professional Services, Inc. IS DENIED.

Lake Charles, Louisiana, this 24 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE