RECEIVED
IN LAKE CHARLES, LA

OCT 1 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KIM D. VAUGHAN | : | DOCKET NO. 2:06 CV 0261 |
| VS. | : | JUDGE MINALDI |
| MANPOWER, INC., MANPOWER INTERNATIONAL, INC. AND MANPOWER PROFESSIONAL SERVICES, INC. | : | MAGISTRATE JUDGE WILSON |

## **JUDGEMENT**

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion to Dismiss First Supplemental and Amending Complaint [doc. 21], filed by the defendants, is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10 day of October, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT